IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CV-00137-D

| | |
|---|---|
| STATE OF NORTH CAROLINA, *ex rel.*, ELIZABETH S. BISER, SECRETARY, NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY, | ) ) ) ) ) |
| Plaintiff, | ) **ORDER GRANTING** ) **CONSENT MOTION** ) **FOR STAY** |
| v. | ) ) |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE NAVY; UNITED STATES MARINE CORPS; MARINE CORPS INSTALLATIONS EAST-MARINE CORPS BASE CAMP LEJEUNE, | ) ) ) ) ) ) ) |
| Defendants. | ) |

For good cause shown, Defendants' request for a stay of proceedings (ECF No. 17), to which Plaintiff consents, is GRANTED. The case is hereby stayed. The Parties are ORDERED to file a status report 90 days from the date of entry of this order and every 90 days thereafter.

SO ORDERED. This __18__ day of February, 2022.

JAMES C. DEVER III
United States District Judge